**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
MALIBU MEDIA, LLC,                                          :
                                                            :   Case No. 2:18-cv-00057-ADS-SIL
                              Plaintiff,                    :
                                                            :
              vs.                                           :
                                                            :
JOHN DOE subscriber assigned IP address                     :
67.84.154.98,                                               :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 67.84.154.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 26, 2018                    Respectfully Submitted,

                                        By: <u>/s/ Kevin T. Conway, Esq.</u>
                                        Kevin T. Conway, Esq.
                                        NY Bar No.: 2133304
                                        664 Chestnut Ridge Road
                                        Spring Valley, NY 10977-6201
                                        T: (845) 352-0206
                                        F: (845) 352-0481
                                        Email: ktcmalibu@gmail.com
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Kevin T. Conway</i>