UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                             :
:      Case No. 2:18-cv-00057-ADS-SIL
                        Plaintiff,     :
:
          vs.                          :
:
JOHN DOE subscriber assigned IP address :
67.84.154.98,                          :
:
                        Defendant.     :
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUL 27 2018   ★
LONG ISLAND OFFICE

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 67.84.154.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 26, 2018                Respectfully Submitted,

*Case Closed*

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
NY Bar No.: 2133304
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

/s/ Arthur D. Spatt
U.S.D.J.
7/27/18

1